*J. Morrison* and *S. Major,* for the defendant.

---

Spooner and Another, Executors, *v.* Shearer.

Saturday, December 1.

APPEAL from the *Dearborn* Court of Common Pleas.

*Per Curiam.*—This case falls within *Spooner* and Another, Executors, v. *Dunn, ante,* p. 81, and is affirmed with 1 per cent. damages and costs, for the reasons given in that case.

*J. Ryman,* for the appellants.

*E. Dumont, O. B. Torbet* and *S. S. Dunn,* for the appellee.